No. 73–6334. ADAMS *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 73–6337. WATSON ET AL. *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 73–6338. LAYTON *v.* COMMITTEE OF BAR EXAMINERS OF CALIFORNIA STATE BAR. Sup. Ct. Cal. Certiorari denied.

No. 73–6342. CODY *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 73–6345. DAWSON *v.* BACON, JUDGE. Ct. App. D. C. Certiorari denied.

No. 73–6347. UMBAUGH *v.* HUTTO, CORRECTIONS COMMISSIONER. C. A. 8th Cir. Certiorari denied.

No. 73–6408. TULIPANO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 73–6477. COZZOLINO *v.* TENNESSEE. C. A. 6th Cir. Certiorari denied.

No. 73–819. LANDY ET AL. *v.* FEDERAL DEPOSIT INSURANCE CORP., RECEIVER, ET AL. C. A. 3d Cir. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE DOUGLAS, and MR. JUSTICE WHITE would grant certiorari.

No. 73–1323. GENERAL MOTORS ACCEPTANCE CORP. ET AL. *v.* EASON ET AL. C. A. 7th Cir. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE DOUGLAS, and MR. JUSTICE WHITE would grant certiorari. MR. JUSTICE POWELL took no part in the consideration or decision of this petition.